FILED

2016 DEC -9 AM 9:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| US of A <br><br> PLAINTIFF(S) <br><br> v. <br><br> SEAN KRISHANMAKOTO SHARMA <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CR 16 484 <br><br><br> AFFIDAVIT RE <br> OUT-OF-DISTRICT WARRANT |

**16-2420M**

The above-named defendant was charged by: __FBI__
in the __Northern__ District of __California__ on __12/9/2016__
at __7:00__ ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about __11/2014__
in violation of Title __18__ U.S.C., Section(s) __1030(a)(5)(A) + (c)(4)(A)(i)(I)__
to wit: _____

A warrant for defendant's arrest was issued by: __Hon. Jacqueline Scott Corley__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __DEC -9 2016__, by

_____, Deputy Clerk.

_____     __THOM VO__
Signature of Agent                                              Print Name of Agent

__FBI__                                                                   __SPECIAL AGENT__
Agency                                                                   Title

---

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT